No. 01–8601. MAYBERRY v. BURGHUIS. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [535 U. S. 1015] denied.

No. 01–9727. IN RE SNAVELY. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [535 U. S. 1052] denied.

No. 01–10296. IN RE SMITH;
No. 01–10358. IN RE CALLEN;
No. 01–10369. IN RE BOWEN;
No. 01–10405. IN RE BREWER;
No. 01–10460. IN RE DETHLEFS;
No. 01–10499. IN RE RIVA; and
No. 01–10531. IN RE ANTONELLI. Petitions for writs of habeas corpus denied.

No. 01–9238. IN RE MAYBERRY;
No. 01–9783. IN RE PETERSON;
No. 01–10331. IN RE WARREN; and
No. 01–10409. IN RE WOODARD. Petitions for writs of mandamus denied.

No. 01–1418. ARCHER ET UX. v. WARNER. C. A. 4th Cir. Certiorari granted.

No. 01–1269. CITY OF CUYAHOGA FALLS, OHIO, ET AL. v. BUCKEYE COMMUNITY HOPE FOUNDATION ET AL. C. A. 6th Cir. Certiorari granted limited to Questions 1, 2, and 3 presented by the petition.

No. 01–1368. NEVADA DEPARTMENT OF HUMAN RESOURCES ET AL. v. HIBBS ET AL. C. A. 9th Cir. Motion of respondent William Hibbs for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 01–200. UNITED STATES HEALTHCARE SYSTEMS OF PENNSYLVANIA, INC. v. PENNSYLVANIA HOSPITAL INSURANCE CO. ET AL. Sup. Ct. Pa. Certiorari denied.